Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Gary D. Greenwald (PHV)
Gary A. Gotto (PHV)
KELLER ROHRBACK, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone:  (602) 248-0088
Facsimile:   (602) 248-2822
ggreenwald@krplc.com
ggotto@krplc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| DARLEEN STANTON and KELLY MORRELL, | No. 2:09-cv-00519 RRB-GGH |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND RETURN OF TEOHC'S CASH DEPOSIT AND ███████ ORDER** |
| v. | |
| BRUCE P. COUTURIER, et al. | |
| Defendant, | |
| and | |
| THE EMPLOYEE OWNERSHIP HOLDING COMPANY, a Delaware Corporation, | |
| Nominal Defendant. | |

KELLER ROHRBACK, P.L.C.
ATTORNEYS AT LAW
CBIZ PLAZA, SUITE 1400
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088 FAX (602) 248-2822

1  Pursuant to Fed.R.Civ.Proc. Rule 41(a)(1)(A)(ii), Plaintiffs Darleen Stanton and Kelly

2  Morrell, and Defendant Bruce P. Couturier, and Nominal Defendant The Employee

3  Ownership Holding Company ("TEOHC"), by and through their undersigned counsel, hereby

4  dismiss this action with prejudice, with each party to bear their own costs. The parties further

5  stipulate that TEOHC's bond in the amount of $5,000 posted with respect to the preliminary

6  injunction enjoining arbitration may be returned to TEOHC.

7

8

9  DATED: May 12, 2010.

10
                                           KELLER ROHRBACK, P.L.C.
11                                         By:  /s/ Gary D. Greenwald
                                           Gary D. Greenwald
12                                         Gary A. Gotto
                                           Ron Kilgard
13                                         3101 North Central Avenue, Suite 1400
                                           Phoenix, Arizona 85012
14

15                                         KELLER ROHRBACK, L.L.P.
                                           Juli E. Farris
16                                         1201 Third Avenue, Suite 3200
                                           Seattle, Washington 98101
17

18  DOWNEY BRAND LLP                       ORRICK, HERRINGTON & SUTCLIFFE LLP

19  By:/s/ Kevin M. Seibert (with consent) By:   /s/ Cynthia J. Larsen (with consent)
20  Kevin M. Seibert                       Cynthia J. Larsen
    Meghan M. Baker                        400 Capitol Mall, Suite 3000
21  3425 Brookside Road, Suite A           Sacramento, California 95814
    Stockton, California 95219-1757
22
    Attorneys for Defendant Couturier      Attorneys for Defendant TEOHC
23

24

25

26

KELLER ROHRBACK, P.L.C.
ATTORNEYS AT LAW
CBIZ PLAZA, SUITE 1400
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088 FAX (602) 248-2822

**ORDER**

The parties having entered into the above stipulation, it is hereby ordered that the Clerk of the Court shall return TEOHC's $5,000.00 cash deposit posted in connection with the preliminary injunction entered herein, together with any applicable accrued interest, to TEOHC by mailing such funds, in the form of a check made payable to The Employee Ownership Holding Company, Inc., to TEOHC's counsel of record herein, Cynthia J. Larsen at 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

DATED: 5/13/10

S/RALPH R BEISTLINE
United States District Judge

KELLER ROHRBACK, P.L.C.
ATTORNEYS AT LAW
CBIZ PLAZA, SUITE 1400
3101 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012-2600
TEL. (602) 248-0088 FAX (602) 248-2822

3